**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1524**

THERESA M. CHITTUM; KENNETH E. CHITTUM,

Plaintiffs - Appellants,

and

CHIMART INCORPORATED, d/b/a Five Star Food
Mart,

Plaintiff,

versus

STATE AUTO INSURANCE COMPANIES,

Defendant - Appellee.

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield. David A. Faber, Chief
District Judge. (CA-04-896-1)

Submitted: November 30, 2005      Decided: December 21, 2005

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

McGinnis E. Hatfield, Jr., Bluefield, West Virginia, for
Appellants. David K. Schwirian, PAULEY, CURRY, STURGEON &
VANDERFORD, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theresa M. Chittum and Kenneth E. Chittum appeal the district court's order granting summary judgment to Defendant and dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Chittum v. State Auto Ins. Cos., No. CA-04-896-1 (S.D. W. Va. Apr. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED